**NETAIRUS TECHNOLOGIES, LLC, a California limited liability company, Plaintiff–Appellant,**

v.

**APPLE INC., a California corporation, Defendant–Appellee.**

No. 2014–1404.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2014.

Raymond P. Niro, Niro, Haller & Niro, of Chicago, IL, argued for Plaintiff–Appellant. With him on the brief were Dean D. Niro and Robert A. Conley.

Mark S. Davies, Orrick, Herrington & Sutcliffe LLP, of Washington, DC, argued for Defendant–Appellee. With him on the brief were T. Vann Pearce, Jr. and Katherine M. Kopp. Of counsel on the brief were Mark C. Scarsi, Christopher J. Gaspar and Ashlee N. Linn, Milbank Tweed Hadley & McCloy LLP, of Los Angeles, CA.

PROST, Chief Judge, NEWMAN and TARANTO, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.